UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 20-3531

BRUNO RIBEIRO DE ALMEIDA,
Appellant

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA

On Petition for Review of an
Order of the United States Department of Justice
Executive Office for Immigration Review
(Agency No. A098-721-394)

PETITION FOR REHEARING

BEFORE: SMITH, *Chief Judge*, and MCKEE, AMBRO, CHAGARES, JORDAN,
HARDIMAN, GREENAWAY, JR., SHWARTZ, KRAUSE, RESTREPO, BIBAS,
PORTER, MATEY, PHIPPS*

The petition for rehearing filed by appellant Bruno Ribeiro De Almeida in the
above-captioned matter has been submitted to the judges who participated in the decision
of this Court and to all other available circuit judges of the Court in regular active service.
No judge who concurred in the decision asked for rehearing, and a majority of the circuit
judges of the Court in regular active service who are not disqualified did not vote for
rehearing by the Court. It is now hereby **ORDERED** that the petition for rehearing is

* Judge Smith completed his term as Chief Judge and assumed senior status on
December 4, 2021. At the time the petition for rehearing was submitted to the en banc
panel, Chief Judge Smith was an active judge of the Court. 3rd Cir. I.O.P. 9.5.2.

**DENIED**. The Panel has added a footnote to the Opinion of the Court and directs the Clerk to file the amended Opinion contemporaneously with this Order.

BY THE COURT,

s/ Paul B. Matey
Circuit Judge

Dated: December 22, 2021
Sb/cc: All Counsel of Record